33 F.3d 51
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Romaz CARR, Plaintiff Appellant,
v.
Sewall B. SMITH; T. Purnell, Chief of Security, Defendants Appellees.
 No. 94-6635.
 United States Court of Appeals, Fourth Circuit.
 Submitted July 19, 1994.
Decided August 16, 1994.
 
 Appeal from the United States District Court for the District of Maryland, at Baltimore. John R. Hargrove, Senior District Judge. (CA-93-3606)
 Romaz Carr, appellant Pro Se.
 John Joseph Curran, Jr., Atty. Gen., Glenn William Bell, Office of the Attorney General of Maryland, Baltimore, MD, for appellees.
 D.Md.
 AFFIRMED.
 Before HALL, LUTTIG and WILLIAMS, Circuit Judges.
 
 PER CURIAM
 
 1
 Appellant appeals from the district court's order denying relief on his 42 U.S.C. Sec. 1983 (1988) complaint. Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. Carr v. Smith, No. CA-93-3606 (D. Md. May 20, 1994). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 AFFIRMED